**NATIONAL CASUALTY COMPANY, a Corporation, Appellant, v. Frank A. CARDILLO, Deputy Commissioner, United States Employees' Compensation Commission, and Harry Kitt, Appellees.**

No. 8866.

United States Court of Appeals District of Columbia.

Submitted Feb. 23, 1945.

Decided March 19, 1945.

Mr. James E. McCabe, of Washington, D. C., on the brief for appellant.

Messrs. Ward E. Boote, Chief Counsel, United States Employees' Compensation Commission, Edward M. Curran, United States Attorney, and Daniel B. Maher, Assistant United States Attorney, all of Washington, D. C., on the brief for appellee Cardillo.

Mr. James A. O'Shea, of Washington, D. C., on the brief for appellee Harry Kitt.

Before GRONER, Chief Justice, and MILLER and ARNOLD, Associate Justices.

PER CURIAM.

Affirmed upon the findings and award of the Commissioner and the order of the District Court dismissing appellant's complaint, which dismissal was required on the authority of our opinion in Potomac Electric Power Co. v. Cardillo, 71 App.D.C. 163, 107 F.2d 962.

Affirmed.